HARRIS ASSOCIATES, INC., Respondent, v. RAMONA PRODUCTIONS, INC., Appellant.—

940

Concur — Stevens, P. J., Eager, Markewich and Nunez, JJ.